HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARY ANN BECK, personally and as executrix of the Estate of William Jaye Beck,

Plaintiff,

v.

QUICK COLLECT, INC., GREGORY A. NIELSON, DAVID GARNER, LARRY BAIR, and TROY HAM,

Defendants.

Case No. 04-5074

ORDER ON RULE 60(b) MOTION

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Rule 60(b) Motion [Dkt. #67].

Having considered the entirety of the records and file herein, including the motion, declaration, and supplements thereto, it is hereby,

ORDERED that plaintiff's motion is **DENIED**. Plaintiff has not brought forth any evidence or arguments that were not previously considered in deciding the motions ruled upon in the Court's Order entered April 25, 2005 [Dkt. #66].

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 10th day of June, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1